|  |  |
|---|---|
| United States of America | UNITED STATES DISTRICT COURT |
|  | DISTRICT OF NEW JERSEY |
| Plaintiff(s), |  |
| -vs- | Civil Action No. 2:11-MJ-08242 |
| Eddie Rosa |  |
|  | ORDER |
| Defendant(s), |  |

**THIS MATTER** having been raised by the Court on its own motion; it further appearing that the undersigned should recuse herself; and good cause appearing;

**IT IS** on this 2nd day of July, 2012,

**ORDERED** that I hereby recuse myself from all further proceedings in this matter; all pretrial proceedings will be handled by Joseph A. Dickson, U.S.M.J.

       s/ Madeline Cox Arleo
**MADELINE COX ARLEO**
**United States Magistrate Judge**

Original:   Clerk
cc:         Hon. Joseph A. Dickson, U.S.M.J.
            File